%AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

**FILED**
SEP 19 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| JAN C. SESKI, M.D. & ASSOCIATES P.C. | CASE NUMBER: 13CR3316 KSC |

CHARLES DEMONACO
Defendant Organization's Attorney

☐

**THE DEFENDANT ORGANIZATION:**
☒ pleaded guilty to count(s) ONE OF THE INFORMATION

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 331(d) and 355(a) | INTRODUCTION INTO INTERSTATE COMMERCE OF AN UNAPPROVED NEW DRUG (MISDEMEANOR) | 1 |

The defendant organization is sentenced as provided in pages 2 through __2__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $125.00 IMPOSED

☒ See fine page    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

SEPTEMBER 19, 2013
Date of Imposition of Sentence

_[signature]_
HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

13CR3316 KSC

AO 245S   Judgment in Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page  2  of  2

DEFENDANT: JAN C. SESKI, M.D. & ASSOCIATES P.C.
CASE NUMBER: 13CR3316 KSC

## FINE

The defendant shall pay a fine in the amount of ___$100,000.00___ unto the United States of America.

ADDITIONALLY, WITHIN 30 DAYS OF TODAY, THE DEFENDANT WILL FUND A FULL PAGE AD IN THE NEW ENGLAND JOURNAL OF MEDICINE AND THE JOURNAL OF AMERICAN MEDICINE ASSOCIATION WARNING OF THE DANGERS OF UNAPPROVED FOREIGN DRUGS.

This sum shall be paid   _x_ immediately.
                         ___ as follows:

The Court has determined that the defendant _does_ have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

13CR3316 KSC